IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LARRY ARCHIE ROUNTREE,

    Plaintiff,

v.

HAROLD DON WOODS, GARY DEPREE, and CENTRAL STATE HOSPITAL[1],

    Defendants.

Civil Action No. 5:13-CV-170 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 11) in which he recommends that Harold Don Woods and Central State Hospital be dismissed as defendants. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Harold Don Woods and Central State Hospital are dismissed as defendants. The case will continue against Defendant Depree.

**SO ORDERED**, this the 29th day of August, 2013.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] The Clerk of Court is directed to remove John and/or Jane Doe as defendants in this case.