# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**LARRY ARCHIE ROUNTREE**,

    Plaintiff,

v.

**GARY DUPREE**,

    Defendant.

Civil Action No. 5:13-CV-170 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 23) in which he recommends denying Plaintiff's motion to appoint of counsel (Doc. 16) and granting Defendant's motion to dismiss for failure to exhaust administrative remedies. (Doc. 20). Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby denies Plaintiff's motion to appoint counsel. (Doc. 16). The Court grants Defendant's motion to dismiss. (Doc. 20).

**SO ORDERED**, this the 23rd day of May, 2014.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

aks